**Opinion issued March 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00026-CV

———————————

**CIRCLE T. RESERVES L.L.C., EARNEST J. TAYLOR,
AND LECIA A. TAYLOR, Appellants**

**V.**

**AMG TEXAS CAPITAL, L.L.C., Appellee**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Case No. 2023-20456

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss their appeal, averring that the appeal was prematurely filed and the case below has not proceeded to final judgment. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Caughey, and Morgan.